JODI LINKER
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Gabriela_Bischof@fd.org

**FILED**

Dec 11 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN MULLER, <br><br> Defendant. | Case No. 4:00-CR-40143-YGR <br><br> [~~PROPOSED~~] ORDER OF RELEASE; QUASHING WARRANT |

Defendant JOHN MULLER is ordered **RELEASED** in the above-captioned case, formerly 4:00-CR-40143-SBA. Accordingly, any associated warrant or hold including number 221110220188D is ordered QUASHED. Upon release from CDCR custody on December 14, 2024, Mr. Muller must report to Elda House in Richmond and abide by the rules of that program. On December 16, 2024, at 3 p.m., he must report to the United States Probation Office in Oakland, California.

IT IS SO ORDERED.

Date   December 11, 2024

Hon. Kandis A. Westmore
United States Magistrate Judge